# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Alfred T. Thomas,

    Plaintiff(s),

vs.

Judge Christy T. Mann et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv502

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/23/2009 Order.

Signed: January 23, 2009

Frank G. Johns, Clerk
United States District Court